FILED
DEC 1 2000

Dec 5, 00
1:00-CV-01999
David Barker Bx6798
J. Caldwell

Judge Blewitt,

Can I try Co Gavrogh again. I'm just understanding what I'm to do. I am having trouble getting to my property. I put in a request to Lt. Doefler. I also filed a grievance and a request to the RHU Property SGT (SGT Bratzik). He said at this time all I can get is legal work. That's what the write-ups and grievances are. I still haven't recieved a response from Lt. Doefler. I also have some dates & times.

I am still learning to look up case law. I am going to have alot of trouble without a lawyer. I _know_ I have a good case! This is why I _didn't_ file sooner. I'm not sure how many copies for Gavragh I need.

I have having trouble getting to the Law Library. I signed up they won't let me go. I have a disability. I am on S.S.D. I got some brain damage some years back. I would like to sight the American disability Act. I have a good case. I can prove it. All I need is a Lawyer.

Assistant Superintendant won't help.

Respect
David

BIXLER VS. GAUROGH 1:00-CV-01999 DEC 5, 00

US DISTRICT COURT         FILED         David Bixler BX6798
235 N Washington Ave   DEC 14 2000   SCI Frackville
PO Box 1148                                1111 Altamont Blvd
Scranton, PA. 18501-1148   DEPUTY   Frackville, PA. 17931

Honorable Judge Blewitt,
  I understood some of your findings. But CO Gourogh actually got inmates on me and he was on me manytimes.
  As for the write-up my witness is Fro Schenling. He was there when Gaurogh was on me. He was calling me a child molester and a baby Raper.
  I think it was the 26 of April 99 when he was talking about my phone call to my sister. Mike Migilio was the one he was talking to. The time was after the 4:00 meal.
  The night before I was telling her I didn't know if Thomas was molested. He also continued what Thomas said. Gaurogh and Boyer are the one's responsible for us not speaking.
                                                                  Respectfully Yours
                                                                  David Bixler

1:00-CV-01999
U S District Court
235 N. Washington Ave.
Scranton, PA. 18501

FILED
DEC 1 2000

BX6798 David Bixler
SCI Frackville
1111 Altamont blvd
Frackville, PA. 17931

Judge Blewitt

CO Kodiak has been on me some. Apr. 10, 99 I went to the hospital. CO Kodiak talked about me a lot. The Doctor comes in and calls me a molester. The nurse that took my vitals was there. He also said he has a bone to pick with me. Everytime he comes on the Block. He talks & harasses me.

They won't let me get to my property or go to the Law Library. The grievances & writer ups are in there. Can you help? I am in the hole.

Respectfully Yours
D. Bixler

David Bixler
SCI-F
#6798
SCI at Frackville
1111 Altamount Blvd.
Frackville, PA  17931-2699


Re: 1:00-cv-01999
*BIXLER*

*Kodiak Control Officer*

Please file all pleadings directly with the Clerk's Office in which
the assigned Judge is located.  Do not file any courtesy copies
with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |



David Bixler
SCI-F
#6798
SCI at Frackville
1111 Altamount Blvd.
Frackville, PA 17931-2699

Re: 1:00-cv-01999


BIXLER

GAvRogh

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA 17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA 18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA 17701 |